IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LIANNE JUDKINS**                                                                                                          **PLAINTIFF**

VS.                                     No. 3:22-cv-00236 PSH

**KILOLO KIJAKAZI, Acting Commissioner,**
   **Social Security Administration**                                                                **DEFENDANT**

### ORDER

The defendant's unopposed motion for additional time (docket entry no. 8) in which to file her brief is granted, and she is directed to respond on or before February 10, 2023.

IT IS SO ORDERED this 13th day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE