IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LIANNE D. JUDKINS**                                                               **PLAINTIFF**

VS.                          No. 3:22-cv-00236 PSH

**KILOLO KIJAKAZI, Acting Commissioner,**
    **Social Security Administration**                       **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of May, 2023.

_____
UNITED STATES MAGISTRATE JUDGE